# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.163.37.19,

        Defendant.

Civil Action No. 1:15-cv-00659

Judge John Robert Blakey

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 67.163.37.19. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 6, 2015

        Respectfully submitted,

        By: /s/ *Mary K. Schulz*
        Mary K. Schulz
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Mary K. Schulz*_____
                Mary K. Schulz